UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DERRICK REESE,

Movant,

v.              6:11-cv-57

UNITED STATES OF AMERICA,

Respondent.

This 26th day of March 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Derrick Reese ("Reese") has appealed this Court's Order dismissing his U.S.C. § 2255 motion. *See* Doc. 18. The Court construes Reese's notice of appeal as a request for a Certificate of Appealability ("COA") and for in forma pauperis ("IFP") status on appeal. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997).

The Magistrate Judge recommended that the Court dismiss Reese's § 2255 motion. *See* Doc. 12 at 11-12 (Report and Recommendation ("R&R")). The Magistrate Judge also recommended that the Court deny Reese a COA and the ability to appeal IFP. *See id.* at 12-13. This Court adopted the R&R and dismissed Reese's case. *See* Doc. 16. Reese's implied motions are ***DENIED*** for the reasons set forth in the R&R. The Court assesses the full filing fee of $455.