# United States District Court
## Southern District of Georgia

Derrick Reese,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV615-15

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 4/1/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the 2255 motion.

4/1/15
*Date*

Scott L. Poff
Clerk

(By) Deputy Clerk